```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    JOSE OLIVERA ZAPIEN
 7
```

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. 2:09-CR-358-01 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE TO |
| v. | ) MAY 29, 2012, AT 9:30 A.M. |
| JOSE OLIVERA ZAPIEN, | ) Date: May 21, 2012<br>) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |

THE PARTIES STIPULATE, through counsel, Heiko Coppola, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Zapien, that the Court should vacate the status conference scheduled for May 21, 2011, at 9:30 a.m., and reset it for May 29, 2012, at 9:30 a.m.

Defense counsel is finalizing a written plea agreement with the government and will also need additional time to consult with Mr. Zapien.

The parties further stipulate that the Court should exclude the period from the date of this order through May 29, 2012, when it

STIPULATION AND [PROPOSED] ORDER       1                     09-358 WBS

computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Zapien's request for a continuance outweigh the best interest of the public and Mr. Zapien in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: May 16, 2012                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender

Dated: May 16, 2012                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for
                                       _____
                                       HEIKO P. COPPOLA
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference/change of plea hearing is reset for May 29, 2012, at 9:30 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 29, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED: May 16, 2012

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE